UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 09-61883-CIV-CANNON

THINK VACUUMS, INC.,

      Plaintiff,

v.

MICHAEL MARCH, and
CENTRAL VACUUM PLANET,

      Defendants,

v.

REGIONS BANK,

      Garnishee.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [ECF No. 119]**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Judgment on the Pleadings (the "Report") [ECF No. 119]. On September 12, 2023, Plaintiff filed a Motion for Judgment on the Pleadings (the "Motion") seeking a final judgment of garnishment against Garnishee Regions Bank [ECF No. 108]. On November 9, 2023, following referral, Judge Hunt issued a Report recommending that the Motion be granted [ECF No. 119]. Objections to the Report were due on

November 27, 2023 [ECF No. 119 p. 3].[1]  To date, no party filed objections, and the time to do so has expired [ECF No. 119 p. 3].

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made.  *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc*., 208 F. App'x 781, 784 (11th Cir. 2006).  A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1).  To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record.  *Macort*, 208 F. App'x at 784.  Legal conclusions are reviewed de novo, even in the absence of an objection.  *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010); *Cooper-Houston v. S. Ry. Co*., 37 F.3d 603, 604 (11th Cir. 1994).

Following de novo review, the Court finds the Report to be well reasoned and correct.  For the reasons set forth in the Report [ECF No. 119], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 119] is **ACCEPTED**.

2. The Motion [ECF No. 108] is **GRANTED**.

3. Judgment of garnishment is entered in favor of Plaintiff Think Vacuums, Inc. against Garnishee, Regions Bank, in the sum of $7,297.50.

---

[1] On November 10, 2023, Plaintiff filed a Certificate of Service indicating that it had served copies of the Report on Defendant Michael March and affected third-party Emily March's last known address [ECF No. 120].

4.        Regions Bank is directed to forward the funds to Plaintiff on or before **January 4,**

**2024**, payable to Plaintiff's counsel, Bullard Law Trust Account, and mailed to

Cesery L. Bullard, Esquire, Bullard Law, 219 East Marks Street, Orlando, Florida

32803.

5.        This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of December

2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      **Michael March**
         1324 Fernwood Drive
         Lafayette, Georgia 30728
         PRO SE

         **Emily March**
         1324 Fernwood Drive
         Lafayette, Georgia 30728
         PRO SE